## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | Honorable Leda Dunn Wettre |
| | : | |
| RAMON MEDINA | : | Mag. No.  21-mj-13314 |

I, Joseph Boccia, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Drug Enforcement Administration and that this complaint is based on the following facts:

### SEE ATTACHMENT B

___krt/s/Joseph Boccia_____

Joseph Boccia, Special Agent
United States Drug Enforcement Administration

SA Boccia attested to this Complaint by telephone
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A) on September 16, 2021

Honorable Leda Dunn Wettre            _krt/s/Leda Dunn Wettre_____
United States Magistrate Judge         Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
*(Possession with Intent to Distribute Cocaine)*

On or about September 15, 2021, in Bergen County, in the District of New Jersey, and elsewhere, defendant,

**RAMON MEDINA,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**ATTACHMENT B**

I, Joseph Boccia, am a Special Agent with the United States Drug Enforcement Administration ("DEA").  I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, sources of information, information gathered from clandestine officers, and photographs of the evidence.  Where statements of others are related herein, they are related in substance and part.  Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.  Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      Since at least September 2021, the DEA, working in connection with local law enforcement, has been investigating drug trafficking occurring in Bergen County, New Jersey, and elsewhere.  This investigation has included physical surveillance, electronic surveillance, sources of information, and the seizure of kilogram quantities of narcotics.

2.      On or about September 15, 2021, law enforcement was conducting surveillance at the Vince Lombardi Service Area in Bergen County, New Jersey (the "Transaction Location").  Prior to the commencement of this surveillance, law enforcement obtained information that a significant narcotics transaction would be occurring at this particular location on this date.

3.      At approximately 2:45 p.m., law enforcement observed an individual ("Individual-1") arrive at the Transaction Location, while operating a sports utility vehicle (the "SUV").  Individual-1 parked the SUV in the parking area of the Transaction Location.  Thereafter, a blue Acura MDX (the "Acura") arrived at the Transaction Location and parked in close proximity to the SUV.

4.      Law enforcement then observed an individual, later identified as Ramon Medina ("Medina"), exit the driver's seat of the Acura while carrying a brown and black satchel (the "satchel").  Medina walked towards and entered the front-passenger seat of  the SUV.  Law enforcement observed Medina retrieve what appeared to be a significant amount of money from the satchel and provide it to Individual-1.  Individual-1 and Medina then exited the SUV and went to the trunk area.  While at the trunk area of the SUV, Medina and Individual-1 appeared to inspect the contents of a black and green duffle bag (the "duffle bag").

5.      A short time thereafter, Medina exited Individual-1's vehicle and returned to the Acura.  Medina drove the Acura to a secondary area of the parking lot in the Transaction Location.  Minutes later, Medina then drove the Acura back to the area where Individual-1 was still parked in the SUV.  Individual-1 exited Individual-1's vehicle and had a brief conversation with

Medina near their respective vehicles.  Thereafter, Individual-1 opened the trunk area of the SUV and retrieved the duffle bag.  Medina then took possession of the duffle bag by having Individual-1 place the duffle bag in the rear of the Acura.  After providing Medina the duffle bag, Individual-1 left the area.

6.    After Medina received the duffle bag, he entered the Acura.  As a result of law enforcement's observations, and the investigation to date, law enforcement stopped the Acura and placed Medina under arrest.  A subsequent lawful search of the duffle bag yielded twelve kilogram-shaped plastic-wrapped blocks of a white powdery substance.  Field-testing of one of the kilogram blocks yielded a positive result for the presence of cocaine.